AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Michigan

United States of America )
v. )
) Case No.
) 1:25-mj-66
)
HART BUCKLEY )
)

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  January 25 through 27, 2025  in the county of  Kent  in the  Western  District of  Michigan , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2422 | Coercion and enticement of a minor |
| 18 U.S.C. § 2423 | Transportation of a minor |

This criminal complaint is based on these facts:

See continuation.

☑ Continued on the attached sheet.

*Complainant's signature*

FBI Special Agent Amanda E. Becker
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 2/11/2025

*Judge's signature*

City and state:

*Printed name and title*