UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

  vs.

HART BUCKLEY,
    a/k/a "Scarlet,"

                        **INDICTMENT**

        Defendant.

_____/

The Grand Jury charges:

### COUNT 1
(Coercion and Enticement of a Minor)

Beginning on an unknown date in or about 2022 and continuing through on or about January 27, 2025, in Kent County, in the Southern Division of the Western District of Michigan, and elsewhere, the defendant,

HART BUCKLEY,
a/k/a "Scarlet,"

used facilities and means of interstate commerce to knowingly persuade, induce, entice, and coerce an individual who was under the age of 18 years to engage in sexual activity for which a person could be charged with a criminal offense, and attempted the same.

Specifically, the defendant used the internet and a cellular communications network to persuade, induce, entice, and coerce Minor 1, a male whom defendant knew to be under 18 years of age, to engage in sexual penetration and sexual conduct with the defendant, for which the defendant could be charged with the criminal offense of

aggravated criminal sexual abuse, in violation of 720 Illinois Compiled Statutes 5/11-1.60(d), which prohibits sexual penetration and sexual conduct between a victim who is at least 13 years of age but under 17 years of age and another person who is at least 5 years older than the victim.

18 U.S.C. § 2422(b)

## COUNT 2
(Transportation of a Minor with Intent to Engage in Criminal Sexual Activity)

From on or about January 25, 2025, through on or about January 27, 2025, in Kent County, in the Southern Division of the Western District of Michigan, and elsewhere, the defendant,

HART BUCKLEY,
a/k/a "Scarlet,"

knowingly transported an individual who had not attained the age of 18 years, in interstate commerce, with intent that the individual engage in sexual activity for which a person could be charged with a criminal offense.

Specifically, the defendant knowingly transported Minor 1, a male who was between 13 and 17 years of age, using a rideshare service and the interstate highway system, from a location in Michigan to a location in Illinois, with the intent to engage in sexual penetration and sexual conduct with Minor 1. The defendant was at least 5 years older than Minor 1, and sexual penetration and sexual conduct between the defendant and Minor 1 could be charged as the criminal offense of aggravated criminal sexual abuse, in violation of 720 Illinois Compiled Statutes 5/11-1.60(d).

18 U.S.C. § 2423(a) and (f)

A TRUE BILL

[ /s/ Redacted ]
GRAND JURY FOREPERSON

ANDREW BYERLY BIRGE
Acting United States Attorney

_____
AUSTIN J. HAKES
Assistant United States Attorney